UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK         NOT FOR PUBLICATION
-----------------------------------------------------------------x
MARINO RODRIGUEZ RODRIGUEZ,

                Petitioner,
                                          **ORDER**
       -against-                        13-CV-6313 (RRM)

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES and ATTORNEY GENERAL OF
THE UNITED STATES,

                Respondents.
-----------------------------------------------------------------x
ROSLYNN R. MAUSKOPF, United States District Judge:

        On November 14, 2013, the Court received Marino Rodriguez Rodriguez's Petition for a Writ of Mandamus. Rodriguez did not pay the filing fee nor submit a request to proceed without the prepayment of fees. By letter dated November 14, 2013 and entered on November 18, 2013, the Clerk's Office directed Rodriguez to either pay the fee or submit a completed application to proceed *in forma pauperis*, and enclosed the proper form for requesting a fee waiver. Rodriguez was directed to submit the fee or an IFP application within 14 days. More than 14 days have elapsed, and Rodriguez has failed to respond to the Court's letter.

        Accordingly, the petition is dismissed without prejudice.

        The Clerk of Court is directed to mail a copy of this Order to petitioner, and close the case.


                                                         SO ORDERED.

Dated: Brooklyn, New York               *Roslynn R. Mauskopf*
       December 23, 2013                _____
                                                ROSLYNN R. MAUSKOPF
                                                United States District Judge