UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARINO RODRIGUEZ RODRIGUEZ,

                Petitioner,

  - against -

U.S.CITIZENSHIP AND IMMIGRATION
SERVICES and ATTORNEY GENERAL OF THE
UNITED STATES,

                Respondents.
------------------------------------------------------------X

**JUDGMENT**
13-CV-6313 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been filed this day dismissing the petition for a writ of *mandamus*, and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that the petition is dismissed, that petitioner take nothing of respondents, and that this case is hereby closed.

*Roslynn R. Mauskopf*

Dated:  Brooklyn, New York
         January 5, 2015         _____
                                                         ROSLYNN R. MAUSKOPF
                                                         United States District Judge